**IN THE**
**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**NO. 25-13866**

| | |
|---|---|
| **ROLANDA JOHNSON-SHORTER** | On Appeal from: |
| Plaintiff-Appellant | |
| | United States District Court |
| v. | for the Northern District of Georgia, |
| **SMITH TRANSPORT LLC** *et al.* | Case No. 1:24-cv-4398-SEG |
| Defendants-Appellees | Hon. Sarah E. Geraghty |

## MOTION FOR BRIEFING EXTENSION

James Griffin O'Brien
BEY & ASSOCIATES LLC
4200 Northside Parkway, Bldg 9
Atlanta, Georgia 30327

Tel:      (513) 506-1515
Email:   jim@beyandassociates.com

*Counsel for Appellant Rolanda Johnson-Shorter*

<u>APPELLANT'S MOTION FOR BRIEFING EXTENSION</u>

Appellant Rolanda Johnson-Shorter, by and through her undersigned counsel, respectfully moves for an order extending her brief deadline until 45 days after the Court rules on the pending Jurisdictional Question and Motion to Remand.

## I. <u>BACKGROUND</u>

1. This appeal arises from a motor vehicle crash between a truck and passenger car.

2. On December 1, 2025, the Court *sua sponte* issued a Jurisdictional Question and instructed the Parties "to simultaneously advise the Court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question." (Doc. 7.)

3. Appellant filed a responsive Jurisdictional Brief and Motion to Remand asserting that this Court lacks jurisdiction. (Doc. 12.)

4. Appellees filed a Jurisdictional Brief as requested (doc. 11) and opposed Appellant's Motion to Remand. (Doc. 13.)

5. Those Jurisdictional Briefs and Appellant's Motion to Remand are currently pending.

6.    However, pursuant to the Appellate Briefing Schedule (doc. 2)—as extended by the Kinnard Mediation Center—Appellant's brief is due today (March 12, 2026).

7.    Pursuant to 11th Cir. R. 27-(1)(5), Appellant's counsel contacted Appellee's counsel to request consent but has not yet received a response. **However**, the contact was initiated after hours, so the lack of response should not be construed against Appellees.

## II.    <u>ARGUMENT</u>

This Court has an independent obligation to "satisfy itself not only of its own jurisdiction, but also that of the lower courts in a cause under review." *Univ. of Southern Alabama v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999) (citing *Mitchell v. Maurer*, 293 U.S. 237, 244 (1934)). As Appellant argued in her Motion to Remand and Jurisdictional Brief, this Court presently has no subject matter jurisdiction. (*See generally,* doc. 12.) Appellant has also requested that Appellees not be afforded any more opportunities to cure the deficiencies. (*Id.*)

Good cause exists to postpone the briefing schedule until the Jurisdictional Question is ruled on. Because the pending Jurisdictional Question will likely lead to remand to the removed-from Georgia Court,

briefing the merits of this case without the benefit of a ruling on whether this Court has subject matter jurisdiction would be both inefficient and against the interest of justice.

III.    <u>CONCLUSION</u>

For the reasons stated above, Appellant Rolanda Johnson-Shorter respectfully requests the Court extend the briefing schedule in this matter such that her brief is due no sooner than 45 days after the Court rules on the pending Motion to Remand and Jurisdictional Question.

March 12, 2026                    Respectfully Submitted,

    */s/ James G. O'Brien*
James Griffin O'Brien  (Georgia 962509)
BEY & ASSOCIATES LLC
4200 Northside Parkway, Bldg 9
Atlanta, Georgia 30327
Tel.      (513) 506-1515
Email   jim@beyandassociates.com

*Counsel for*
*Appellant Rolanda Johnson-Shorter*

## Appellant's Certificate of Interested Persons

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Beaton, Anna  (Appellee's counsel)

2. Bey & Associates LLC (Appellant's counsel)

3. Bey, N. John (Appellant's counsel)

4. Cash, Blair Joseph (Appellee's counsel)

5. Geraghty, Hon. Sarah E. (District Court Judge)

6. Johnson-Shorter, Rolanda  (Plaintiff / Appellant)

7. Moseley Marcinak Law Group LLP (Appellee's counsel)

8. O'Brien, James Griffin  (Appellant's counsel)

9. Smith Transport LLC (Defendant / Appellee)

10. Tickle, Gerald  (Defendant / Appellee)

11. Unknown members of Moseley Marcinak Law Group LLP (Appellee's counsel)

12. Unknown members of Smith Transport LLC (Defendant / Appellee)

March 12, 2026          */s/ James G. O'Brien*
                             James G. O'Brien (Georgia 962509)

                             *Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE WITH **FRAP 27(d)(2)(A)**

Certificate of Compliance with Type-Volume Limit, Typeface

Requirements, and Type-Style Requirements

1. This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B):

this document contains 872 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) (invoked by reference in Rule 27(d)(1)(E)) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because:

this document has been prepared in a

proportionally spaced typeface using Microsoft

Word in Century Schoolbook 14-point font.

March 12, 2026          Respectfully Submitted,

/s/ *James G. O'Brien*
James Griffin O'Brien
BEY & ASSOCIATES LLC

*Counsel for Appellant Rolanda Johnson-Shorter*

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

Anna Beaton
MOSELEY MARCINAK LAW GROUP LLP
P.O. Box 1688
Kennesaw, Georgia 30156
404-232-7837
Fax: 470-480-7259
Email: anna.beaton@momarlaw.com

Blair Joseph Cash
MOSELEY MARCINAK LAW GROUP LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
Fax: 470-480-7259
Email: blair.cash@momarlaw.com

*Counsel for Defendants / Appellees Gerald Tickle and Smith Transport LLC*

by filing a copy on the ECF docket on this date.

March 12, 2026        */s/ James G. O'Brien*
                      James G. O'Brien (Georgia 962509)

                      *Counsel for Appellant*