In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 25-13866

ROLANDA JOHNSON-SHORTER,

*Plaintiff-Appellant,*

*versus*

SMITH TRANSPORT LLC,
f.k.a. Smith Transport Inc.,
GERALD TICKLE,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04398-SEG

ORDER:

Appellant's motion for an extension of time to file the initial brief is GRANTED. Appellant's brief is due forty-five (45) days after this Court rules on the Jurisdictional Question and Appellant's motion to remand this appeal in full, with the appendix due seven (7) days after the filing of the brief.

/s/ Barbara Lagoa

UNITED STATES CIRCUIT JUDGE